**UNITED STATES of America v. Constantino Vincent RICCARDI, Appellant.**

No. 10836.

United States Court of Appeals
Third Circuit.

Submitted Dec. 5, 1952.

Decided Dec. 19, 1952.

C. V. Riccardi, pro se.

Grover C. Richman, Jr., U. S. Atty., and Charles J. Tyne, Asst. U. S. Atty., Newark, N. J., for appellee.

See also 188 F.2d 416.

Before BIGGS, Chief Judge, and MARIS and HASTIE, Circuit Judges.

PER CURIAM.

The instant appeal is quite without merit as were the prior appeals taken by Riccardi. The appellant's case has been fully considered on several occasions both by this court and by the court below. These examinations need not be detailed here. The judgment of the court below will be affirmed.

**GENERAL PETROLEUM CORPORATION v. Ezra O. MOSS.**

No. 4525.

United States Court of Appeals
Tenth Circuit.

Sept. 19, 1952.

Faux, Rich & Kirton, Salt Lake City, Utah, for appellant.

Moyle & Moyle, Salt Lake City, Utah, for appellee.

Before PHILLIPS, Chief Judge, and KNOUS, District Judge.

PER CURIAM.

Appeal dismissed September 19, 1952, pursuant to stipulation of the parties.

**James C. GIBBS, Appellant, v. UNITED STATES of America, Appellee.**

No. 13057.

United States Court of Appeals
Ninth Circuit.

Dec. 9, 1952.

See also 94 F.Supp. 586.

Belli, Ashe & Pinney, San Francisco, Cal., for appellant.

Holmes Baldridge, Asst. Atty. Gen., Chauncey F. Tramutolo, U. S. Atty., San Francisco, Cal., Leavenworth Colby, Sp. Asst. to Atty. Gen., Keith R. Ferguson, Sp. Asst. to Atty. Gen. of California and C. Elmer Collett, Asst. U. S. Atty., San Francisco, Cal., for appellee.

Before DENMAN, Chief Judge, and ORR and POPE, Circuit Judges.

PER CURIAM.

The decree appealed from is affirmed and the libel dismissed without cost to either party.